1
2
3
4
5
6
7        UNITED STATES  DISTRICT COURT
8            Northern District of California
9              San Francisco Division
10
11  CHRISTINA ADAMS,
              Plaintiff,                    No. C 09-1275 JCS MED
12
        v.                          ORDER DENYING REQUEST FOR
                                    DEFENDANT RICHARD BREGANTE
13  ZELDA'S RESTAURANT, et al.,          AND INSURANCE ADJUSTER
              Defendants.                CAROLYN KANG NOT TO ATTEND
14  _____/    THE MEDIATION SESSION
15
                                    Date:      April 16, 2010
16                                  Mediator:  Gail Killefer
17
18       IT IS HEREBY ORDERED that the requests for defendant Richard Bregante and insurance

19  adjuster Carolyn Kang not to appear at the April 16, 2010  mediation before Gail Killefer are

20  DENIED.

21       IT IS SO ORDERED.

22
23
24  _____    By:    _____
25  March 18, 2010                         *Elizabeth D. Laporte*
    Dated                                  Elizabeth D. Laporte
26                                         United States Magistrate Judge
27
28