<b>UNITED STATES DISTRICT COURT</b><br>
<i>For the Northern District of California</i>

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| CHRISTINA ADAMS,<br>　　　　Plaintiff,<br><br>　　v.<br><br>ZELDA'S RESTAURANT, et al.,<br>　　　　Defendants.<br>_____/ | No. C 09-1275 JCS MED<br><br>**ORDER DENYING REQUEST FOR DEFENDANT RICHARD BREGANTE AND INSURANCE ADJUSTER CAROLYN KANG NOT TO ATTEND THE MEDIATION SESSION**<br><br>Date:　April 16, 2010<br>Mediator:　Gail Killefer |

　　　IT IS HEREBY ORDERED that the requests for defendant Richard Bregante and insurance adjuster Carolyn Kang not to appear at the April 16, 2010 mediation before Gail Killefer are DENIED.

　　　IT IS SO ORDERED.

| | | |
|---|---|---|
| March 18, 2010 | By: | *Elizabeth D. Laporte* |
| Dated | | Elizabeth D. Laporte<br>United States Magistrate Judge |