# BARABAN & TESKE
Attorneys At Law
215 North Marengo Avenue, 3rd Floor
Pasadena, CA 91101-1569
Telephone: (626) 440-9882
Facsimile: (626) 440-9393

November 29, 2010

Magistrate Judge Joseph Spero
United States District Court
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: Adams v. Zelda's Restaurant
Case No.: CV 09-01275 JCS
Case Management Conference: December 9, 2010
Time: 2:00 p.m.

Honorable Magistrate Judge Joseph Spero:

    I am trial counsel for the defendants in this action. I hereby request permission to appear via telephone for the above-noted Case Management Conference.

                Sincerely,
                BARABAN & TESKE

                James S. Link
                Of Counsel

cc: Celia McGuinness, via email

Dated: Nov. 30, 2010

Counsel shall be on phone stand by beginning at 2:00 PM on Dec. 9, 2010 and await the Court's phone call.

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA