PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787
reinlawoffice@aol.com

Attorneys for Plaintiff
CHRISTINA ADAMS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA ADAMS,

    Plaintiff,

v.

ZELDA'S RESTAURANT;
CAPITOLA RJL, INC. dba
ZELDA'S RESTAURANT; JOHN
EALY; RICHARD J. BREGANTE;
and DOES 1-10, Inclusive,

    Defendants.
_____/

Case No. C09-01275 JCS
Civil Rights

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff CHRISTINA ADAMS and defendants ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN EALY; and RICHARD J. BREGANTE, by and through their respective attorneys, hereby stipulate to continue the Case Management Conference currently scheduled for March 11, 2011, to Friday, March 25, 2011, at 1:30 p.m. or as soon thereafter as is convenient for the Court and counsel. Good cause for this continuance exists because plaintiff's counsel will be out of town on a business matter which cannot be rescheduled.

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE C09-01275 JCS     S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\stip to continue cmc.wpd

1

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | Dated: February 3, 2011 | PAUL L. REIN |
| 5 | | CELIA McGUINNESS<br>LAW OFFICES OF PAUL L. REIN |
| 6 | | |
| 7 | | |
| 8 | | ___/s/ Celia McGuinness_____<br>Attorneys for Plaintiff<br>CHRISTINA ADAMS |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | Dated: February 3, 2011 | JAMES M. LINK<br>BARABAN & TESKE |

14

 ___/s/ James Link_____
 Attorneys for defendants
 ZELDA'S RESTAURANT; CAPITOLA
 RJL, INC. dba ZELDA'S RESTAURANT;
 JOHN EALY; and RICHARD J.
 BREGANTE

### [~~PROPOSED~~] ORDER

Good cause being shown, IT IS SO ORDERED.

Dated: February  4 , 2011

 _____
 U.S. Magistrate Judge Joseph C. Spero

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
CASE C09-01275 JCS

S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\stip to continue cmc.wpd

2