# BARABAN & TESKE

Attorneys At Law

215 North Marengo Avenue, 3rd Floor
Pasadena, CA 91101-1569
Telephone: (626) 440-9882
Facsimile: (626) 440-9393

March 16, 2011

Magistrate Judge Joseph Spero
United States District Court
450 Golden Gate Ave.
Courtroom A, 15th Floor
San Francisco, CA 94102

Re: Adams v. Zelda's Restaurant
Case No.: CV 09-01275 JCS
Case Management Conference: March 25, 2011
Time: 1:30 p.m.

Honorable Magistrate Judge Joseph Spero:

    I am trial counsel for the defendants in this action. I hereby request permission to appear via telephone for the above-noted Case Management Conference.

                                     Sincerely,
                                      BARABAN & TESKE

                                      James S. Link
                                      Of Counsel

cc: Celia McGuinness, via email

  IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 1:30 PM on March 25, 2011 and await the Court's call. The Court will initiate the phone contact.

Dated: March 17, 2011



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA