PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:   510/832-4787

JEFFERY H. BARABAN, ESQ. (SBN 79747)
JAMES M. LINK, ESQ. (SBN 94280)
BARABAN & TESKE
215 N. Marengo Ave., 3rd Fl.
Pasadena, CA 91101
Telephone: 626/440-9882
Facsimile: 626/440-9393

Attorneys for Defendants
ZELDA'S RESTAURANT;
CAPITOLA RJL, INC. dba ZELDA'S
RESTAURANT; JOHN EALY; and
RICHARD J. BREGANTE

Attorneys for Plaintiff
CHRISTINA ADAMS

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>          Plaintiff,<br><br>v.<br><br>ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN T. EALY; RICHARD J. BREGANTE; and DOES 1-10, Inclusive,<br><br>          Defendants.<br>_____/ | CASE NO. C09-01275 JCS<br>Civil Rights<br><br>**STIPULATION TO CONTINUE EXPERT WITNESS DISCLOSURE DEADLINE** |

WHEREAS, the parties are actively engaged in settlement negotiations under Magistrate

Judge Laurel D. Beeler; WHEREAS, Magistrate Beeler has requested that the parties

LAW OFFICES OF
**PAUL L. REIN**
**200 LAKESIDE DR., SUITE A**
**OAKLAND, CA 94612-3503**
**(510) 832-5001**

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.                                                        —1—
S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\Stipulations\Stipulation re Exp Witness Discl deadline (tbm).wpd

1   refrain from conducting discovery at this time; IT IS HEREBY STIPULATED by and

2   among Plaintiff CHRISTINA ADAMS and Defendants CAPITOLA RJL, INC. dba

3   ZELDA'S RESTAURANT; JOHN T. EALY; and RICHARD J. BREGANTE, through

4   their designated counsel, that the expert witness disclosure deadline which is currently

5   set for Friday, June 24, 2011, be continued to Friday, July 22, 2011.

6

7   Dated: June 21, 2011               LAW OFFICES OF PAUL L. REIN

8

9                                      /s/ Celia McGuinness
                                       By Celia McGuinness
10                                     Attorneys for Plaintiff
                                       CHRISTINA ADAMS
11

12

13

14  Dated: June 22, 2011               JEFFERY H. BARABAN, ESQ.
                                       JAMES M. LINK, ESQ.
15                                     BARABAN & TESKE

16

17  By: _____
    Attorneys for Defendants
18  ZELDA'S RESTAURANT;
    CAPITOLA RJL, INC. dba ZELDA'S
19  RESTAURANT; JOHN EALY; and
    RICHARD J. BREGANTE

20

21               [~~PROPOSED~~ ORDER]

22  Pursuant to stipulation of the parties and for GOOD CAUSE SHOWN, it is hereby

23  ordered that the expert witness disclosure deadline which is currently set for Friday, June

24  24, 2011, be continued to Friday, July 22, 2011.

25

26  Dated: June 23, 2011

27                                     HON. _____
                                       U.S. _____ ATE JUDGE

28

Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.                                              -2-
S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\Stipulations\Stipulation re Exp Witness Discl deadline (tbm).wpd