1  PAUL L. REIN, Esq. (SBN 43053)
   CELIA McGUINNESS, Esq. (SBN 159420)
2  LAW OFFICES OF PAUL L. REIN
   200 Lakeside Drive, Suite A
3  Oakland, CA  94612
   Telephone:    510/832-5001
4  Facsimile:    510/832-4787

5  JEFFERY H. BARABAN, ESQ. (SBN 79747)
   JAMES M. LINK, ESQ. (SBN 94280)
6  BARABAN & TESKE
   215 N. Marengo Ave., 3rd Fl.
7  Pasadena, CA 91101
   Telephone: 626/440-9882
8  Facsimile: 626/440-9393

9  Attorneys for Defendants
   ZELDA'S RESTAURANT;
10 CAPITOLA RJL, INC. dba ZELDA'S
   RESTAURANT; JOHN EALY; and
11 RICHARD J. BREGANTE

12

13 Attorneys for Plaintiff
   CHRISTINA ADAMS
14

15              IN THE UNITED STATES DISTRICT COURT
             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
16

17 CHRISTINA ADAMS,                    CASE NO. C09-01275 JCS
                                       Civil Rights
18       Plaintiff,

19                                     **STIPULATION TO CONTINUE
   v.                                  EXPERT WITNESS
20                                     DISCLOSURE DEADLINE**

21 ZELDA'S RESTAURANT; CAPITOLA
   RJL, INC. dba ZELDA'S
22 RESTAURANT; JOHN T. EALY;
   RICHARD J. BREGANTE; and DOES 1-
23 10, Inclusive,

24       Defendants.
                                    /
25

26
   WHEREAS, the parties are actively engaged in settlement negotiations under Magistrate
27
   Judge Laurel D. Beeler; WHEREAS, Magistrate Beeler has requested that the parties
28

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.                              -1-
                    S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\Stipulations\Stipulation re Exp Witness Discl deadline (tbm).wpd

refrain from conducting discovery at this time; IT IS HEREBY STIPULATED by and among Plaintiff CHRISTINA ADAMS and Defendants CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN T. EALY; and RICHARD J. BREGANTE, through their designated counsel, that the expert witness disclosure deadline which is currently set for Friday, June 24, 2011, be continued to Friday, July 22, 2011.

Dated: June 21, 2011          LAW OFFICES OF PAUL L. REIN

                                      /s/ Celia McGuinness
                                      By Celia McGuinness
                                      Attorneys for Plaintiff
                                      CHRISTINA ADAMS

Dated: June 22, 2011          JEFFERY H. BARABAN, ESQ.
                                      JAMES M. LINK, ESQ.
                                      BARABAN & TESKE

                                      By: _____
                                      Attorneys for Defendants
                                      ZELDA'S RESTAURANT;
                                      CAPITOLA RJL, INC. dba ZELDA'S
                                      RESTAURANT; JOHN EALY; and
                                      RICHARD J. BREGANTE

**[PROPOSED ORDER]**

Pursuant to stipulation of the parties and for GOOD CAUSE SHOWN, it is hereby ordered that the expert witness disclosure deadline which is currently set for Friday, June 24, 2011, be continued to Friday, July 22, 2011.

Dated: June 23, 2011

                                      HONORABLE
                                      U.S. MAGISTRATE JUDGE

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
CASE NO.                                        -2-
S:\CASES\Z\ZELDAS RESTAURANT\PLEADINGS\Stipulations\Stipulation re Exp Witness Discl deadline (tbm).wpd