PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff CHRISTINA ADAMS

Jeffrey H. Baraban (State Bar # 79747)
James S. Link (State Bar #94280)
james.s.link@att.net
Baraban & Teske
215 N. Marengo Avenue, 3rd Floor
Pasadena, CA 91101
(626)440-9882
(626)440-9393 (fax)

MICHAEL D. BRUNO  (SBN:  166805)
mbruno@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone: (415) 986-5900
Facsimile:  (415) 986-8054

Attorneys for Defendants John Ealy, As Trustee, Richard J. Bregante, As Trustee and Capitola RJL, INC. dba Zelda's Restaurant

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN EALY; RICHARD J. BREGANTE; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: CV 09-01275 JCS<br><br>**STIPULATION TO CONTINUE DISCOVERY AND MOTION DEADLINES; AND ORDER (~~PROPOSED~~)** |

1    WHEREAS, the parties are actively engaged in settlement negotiations under Magistrate Judge Laurel D. Beeler;

3    WHEREAS, Magistrate Beeler has requested that the parties refrain from conducting discovery and motion practice at this time;

5    WHEREAS, defendant John Ealy is recovering from heart surgery;

6    IT IS HEREBY STIPULATED by and among Plaintiff CHRISTINA ADAMS and Defendants CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN T. EALY; and RICHARD J. BREGANTE, through their designated counsel, the Date for the Designation of Experts be continued from July 22 to August 26, that the Discovery Cutoff, including expert discovery, be continued from July 22, 2011 to September 21, 2011, ~~that the last day to file and serve dispositive motions be continued from August 19, 2011, to October 13, 2011, and the Last Day to Hear Motions be continued from September 23, 2011 at 9:30 a.m. to November 18, 2011 at 9:30 a.m.~~

| Dated: July 15, 2011 | PAUL L. REIN, ESQ.<br>CELIA McGUINNESS, ESQ.<br>LAW OFFICES OF PAUL L. REIN<br><br>By:  /s/Celia McGuinness<br>Attorneys for Plaintiff CHRISTINA ADAMS |
|---|---|
| Dated: July 15, 2011 | JEFFREY H. BARABAN, ESQ.<br>JAMES M. LINK, ESQ.<br>BARABAN & TESKE<br><br>By: [signature]<br>Attorneys for Defendants ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN EALY; and RICHARD J. BREGANTE |
| Dated:  July 15, 2011 | MICHAEL D. BRUNO<br>GORDON & REES LLP<br><br>By:     /s/Michael D. Bruno<br>Attorneys for Defendants ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN EALY; and RICHARD J. BREGANTE |

1 [~~PROPOSED~~ ORDER]

2 Pursuant to the stipulation of the parties and for GOOD CAUSE SHOWN, it is hereby ordered that the Date for the Designation of Experts be continued from July 22 to August 26, that the Discovery Cutoff, including expert discovery be continued from July 22, 2011 to September 21, 2011~~, that the last day to file and serve dispositive motions be continued from August 19, 2011, to October 13, 2011, and that the Last Day to Hear Motions be continued from September 23, 2011 at 9:30 a.m. to November 18, 2011 at 9:30 a.m.~~

8 Dated: July 19, 2011

IT IS SO ORDERED AS MODIFIED

HON. JOSEPH SPERO
U.S. MAGISTRATE JUDGE
Judge Joseph C. Spero