**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **July 21, 2011**

**C 09-1275 JCS (LB)**

**Christina Adams** v **Zelda's Restaurant, et al.**

Plaintiff Attorney(s):        Celia McGuinness and Paul Rein
Defendant Attorney(s):     James Link

Deputy Clerk: **LASHANDA SCOTT**         Time:
                                          Reporter:

**PROCEEDINGS:**                                              **RULING:**

1. Settlement Conference                                       Vacated

**ORDERED AFTER HEARING:**
Case settled.  Settlement conference set on Monday, July 25, 2011 is vacated.  Parties to submit dismissal by August 25, 2011.  Further telephonic status settlement conference set for August 1, 2011 at 10:00 a.m.  Parties may vacate that conference by stipulation.

(  ) ORDER TO BE PREPARED BY:    Plntf_____   Deft_____   Court ___

(  ) Referred to Magistrate For:

(  ) CASE CONTINUED TO_____    for _____

Discovery Cut-Off_____ Expert Discovery Cut-Off_____

Plntf to Name Experts by _____   Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____   Set for _____ days
                                        Type of Trial:  (  )Jury    (  )Court
Notes: _____