MICHAEL D. BRUNO (SBN: 166805)
mbruno@gordonrees.com
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

Attorneys for Defendants
JOHN EALY, AS TRUSTEE, RICHARD J. BREGANTE, AS TRUSTEE
AND CAPITOLA RJL, INC. DBA ZELDA'S RESTAURANT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA ADAMS,<br><br>                Plaintiff,<br><br>vs.<br><br>ZELDA'S RESTAURANT; CAPITOLA RJL, INC. dba ZELDA'S RESTAURANT; JOHN EALY; RICHARD J. BREGANTE; and DOES 1-10, inclusive<br><br>                Defendants. | CASE NO. CV 09-01275 JCS<br><br>**STIPULATION OF DISMISSAL OF INDIVIDUAL CLAIMS OF PLAINTIFF, CHRISTINA ADAMS, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** |

STIPULATION OF DISMISSAL

1    IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the individual claims of Plaintiff, CHRISTINA ADAMS, in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: September 8, 2011    LAW OFFICES OF PAUL L. REIN

By:  /s/
     Paul L. Rein
     Attorneys for Plaintiff
     CHRISTINA ADAMS

Dated: September 8, 2011    GORDON & REES LLP

By:  /s/
     Michael D. Bruno
     Attorneys for Defendants
     JOHN EALY, AS TRUSTEE, RICHARD J. BREGANTE, AS TRUSTEE
     and Capitola RJL, Inc. dba Zelda's Restaurant

9/12/2011

**IT IS SO ORDERED**
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

MNTR/1071452/10666416v.1

STIPULATION OF DISMISSAL