1  MICHAEL D. BRUNO  (SBN:  166805)
   mbruno@gordonrees.com
2  GORDON & REES LLP
   275 Battery Street, Suite 2000
3  San Francisco, CA  94111
   Telephone: (415) 986-5900
4  Facsimile:  (415) 986-8054

5

   Attorneys for Defendants
6  JOHN EALY, AS TRUSTEE, RICHARD J. BREGANTE, AS TRUSTEE
   AND CAPITOLA RJL, INC. DBA ZELDA'S RESTAURANT
7

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | CHRISTINA ADAMS,                        ) CASE NO.  CV 09-01275 JCS
                                             )
13 |              Plaintiff,                 ) **STIPULATION OF DISMISSAL OF**
                                             ) **INDIVIDUAL CLAIMS OF**
14 |       vs.                               ) **PLAINTIFF, CHRISTINA ADAMS,**
                                             ) **PURSUANT TO FEDERAL RULE OF**
15 | ZELDA'S RESTAURANT; CAPITOLA RJL,       ) **CIVIL PROCEDURE 41(a)(1)(ii)**
     INC. dba ZELDA'S RESTAURANT; JOHN       )
16 | EALY; RICHARD J. BREGANTE; and DOES     )
     1-10, inclusive                         )
17                                           )
                 Defendants.                 )
18 |_____)

19

*(Left margin: Gordon & Rees LLP, 275 Battery Street, Suite 2000, San Francisco, CA 94111)*

S<small>TIPULATION OF</small> D<small>ISMISSAL</small>

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the individual claims of Plaintiff, CHRISTINA ADAMS, in the above-captioned action be and hereby are dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

Dated: September 8, 2011   LAW OFFICES OF PAUL L. REIN

By: /s/
Paul L. Rein
Attorneys for Plaintiff
CHRISTINA ADAMS

Dated: September 8, 2011   GORDON & REES LLP

By: /s/
Michael D. Bruno
Attorneys for Defendants
JOHN EALY, AS TRUSTEE, RICHARD J. BREGANTE, AS TRUSTEE
and Capitola RJL, Inc. dba Zelda's Restaurant

9/12/2011

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA